1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Jose  Gambino Menchaca,                    )       Case No. 1:23-cv-01334-GSA
                                           )
              Plaintiff,                   )       STIPULATION AND | ORDER FOR
                                           )       EXTENSION OF TIME
       vs.                                 )
                                           )
Kilolo Kijakazi, Acting                    )
Commissioner of Social Security,           )
                                           )
              Defendant.                   )
                                           )
                                           )
                                           )
_____)

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from December 13, 2023 to February 12, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

      This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

on the same week. For the weeks of December 11, 2023 and December 18, 2023, Counsel has eighteen merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                      Respectfully submitted,

Dated: November 29, 2023         PENA & BROMBERG, ATTORNEYS AT LAW


                          By: */s/ Dolly M. Trompeter*
                              DOLLY M. TROMPETER
                              Attorneys for Plaintiff


Dated: November 29, 2023         PHILLIP A. TALBERT
                                 United States Attorney
                                 MATTHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation, Office 7


                          By:  */s/ Christopher  Vieira*
                               Christopher  Vieira
                               Special Assistant United States Attorney
                               Attorneys for Defendant
                               (*As authorized by email on November 28, 2023)

# **ORDER**

Pursuant to stipulation,


IT IS SO ORDERED.

Dated:   **November 29, 2023**                            **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE