1  PHILLIP TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARY TSAI, CSBN 216963
   Special Assistant United States Attorney
5          6401 Security Boulevard
           Baltimore, MD 21235
6          Telephone: 510-970-4864
           Facsimile: (415) 744-0134
7          E-Mail: mary.tsai@ssa.gov
8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                         FRESNO DIVISION

12

13  JOSE GAMBINO MENCHACA,            )  Case No.: 1:23-cv-01334-JLT-GSA
                                      )
14                                    )  STIPULATION FOR AN EXTENSION OF
              Plaintiff,              )  TIME; ORDER
15                                    )
       vs.                            )
16                                    )
                                      )
17  COMMISSIONER OF SOCIAL SECURITY,  )
                                      )
18            Defendant.              )
                                      )
19  _____)

20       Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the

21  parties, through their respective counsel of record, that the time for Defendant to respond to

22  Plaintiff's motion for summary judgment be extended thirty (30) days from March 13, 2024, up

23  to and including April 12, 2024.  This is the parties' second stipulation for an extension of the

24  Court's Scheduling Order, and Defendant's first extension.

25       This is Defendant's first request for an extension, and it is made with good cause.  This

26  case was recently reassigned to undersigned counsel for Defendant, along with two other briefs,

27  all of which are due in February and March 2024.  With these briefs, counsel now has four briefs

28  due in a one-week period from March 11 to 18, 2024.  Thus, Defendant requires an extension in

                                      1

this case, and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 20, 2024    */s/  Jonathan Omar Pena\**

JONATHAN OMAR PENA
Attorney for Plaintiff
*as authorized via e-mail on February 20, 2024*

Dated: February 20, 2024    PHILLIP TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:  /s/  Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 12, 2024 to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **February 21, 2024**    **/s/ Gary S. Austin**
       UNITED STATES MAGISTRATE JUDGE

2